IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-BNB

CONNIE RICOTTA,

    Plaintiff,

v.

FINANCE AMERICA, LLC, DBA FINAM, LLC,
OCWEN LOAN SERVICING, LLC,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
DEUTSCHE BANK TRUST CO. AMERICAS/TA,
  f/k/a BANKERS TRUST COMPANY, ISAOA, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

    Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

    IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

    Dated this 11th day of August, 2006.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*
                                      Marcia S. Krieger
                                      United States District Judge