IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01502-MSK-BNB

CONNIE RICOTTA, and
BRUCE ROGERS,

Plaintiffs,

v.

FINANCE AMERICA, LLC, d/b/a FINAM, LLC;
OCWEN LOAN SERVICING, LLC;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
DEUTSCHE BANK TRUST CO. AMERICAS/TA, f/k/a Bankers Trust Company, ISAOA;
WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of the Structured Asset Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through Certificates, Series 2002-BC5;
CASTLE MEINHOLD & STAWIARSKY, LLC; and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR OWNER OF "THE NOTE";

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Plaintiff's Motion to Add Parties** [Doc. # 10. filed 9/18/2006];

(2)     **Plaintiff's Amended Motion for Leave to Add Parties** [Doc. # 35, filed 11/1/2006];

(3)     **Defendant Deutsche Bank's Motion for Enlargement of Time to Serve Rule 26(a)(1) Initial Disclosures** [Doc. # 27, filed 10/30/2006]; and

(4)     Plaintiff's **Motion for Enlargement of Time to Serve Rule 26(a)(1) Disclosures** [Doc. # 30, filed 11/1/2006].

The parties appeared at a status conference this morning, and I heard arguments on the pending motions. I also made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Plaintiff's Motion to Add Parties is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Plaintiff's Amended Motion for Leave to Add Parties is GRANTED. The Clerk of the Court is directed to accept for filing the Verified Amended Complaint [Doc. # 38, tendered 11/1/2006]. The previously served defendants shall respond to the Verified Amended Complaint within 10 days.

IT IS FURTHER ORDERED that Defendant Deutsche Bank's Motion for Enlargement of Time to Serve Rule 26(a)(1) Initial Disclosures is GRANTED, and Deutsche Bank shall have to and including **November 13, 2006**, within which to make its Rule 26(a)(1) disclosures.

IT IS FURTHER ORDERED that Plaintiff's Motion for Enlargement of Time to Serve Rule 26(a)(1) Disclosures is GRANTED, and plaintiff Connie Ricotta shall have to and including **November 9, 2006**, within which to make her Rule 26(a)(1) disclosures.

IT IS FURTHER ORDERED that plaintiff Connie Ricotta is admonished that all Rule 7.1A certifications must be truthful. Failure to comply with this order may result in the imposition of sanctions.

Dated November 6, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge