IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-BNB

CONNIE RICOTTA, and
BRUCE ROGERS,

        Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
DEUTSCHE BANK TRUST CO. AMERICAS/TA,
  f/k/a BANKERS TRUST COMPANY, ISAOA,
WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as
  Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset
  Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through
Certificates, Series 2002-BC5,
CASTLE MEINHOLD & STAWIARSKI, LLC, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

        Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

        THIS MATTER is before the Court on the Motion to Withdraw **(#91).** The Court being fully advised in the foregoing,

        **ORDERS** that the Motion **(#91) is GRANTED**. William D. Thode is no longer counsel of record for terminated Defendant Finance America, LLC.

Dated this 3rd day of April, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge