IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-BNB

CONNIE RICOTTA, and
BRUCE ROGERS,

        Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
DEUTSCHE BANK TRUST CO. AMERICAS/TA,
  f/k/a BANKERS TRUST COMPANY, ISAOA,
WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as
  Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset
  Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through
Certificates, Series 2002-BC5,
CASTLE MEINHOLD & STAWIARSKI, LLC, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

        Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the "Joint Motion to Dismiss With Prejudice" **(#122)** filed June 27, 2007. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **Granted**. All claims asserted in the above-captioned matter by the Plaintiffs against Defendant Castle Meinhold Stawiarski, LLC are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.

The caption shall be amended to delete reference to Defendant Castle Meinhold Stawiarski, LLC on all future pleadings.

Dated this 27th day of June, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge