IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-KLM

CONNIE RICOTTA, and
BRUCE ROGERS,

        Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
DEUTSCHE BANK TRUST CO. AMERICAS/TA,
  f/k/a BANKERS TRUST COMPANY, ISAOA,
WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as
  Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset
  Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through
Certificates, Series 2002-BC5, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

        Defendants.
_____

### ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (A)(2)
_____

      THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(2) as to the claims brought by Plaintiffs, Connie Ricotta and Bruce Rogers. Having reviewed the same, and being fully advised of the premises, and finding that there is good cause shown for the relief sought herein, the Court hereby:

      **ORDERS** that the Motion is **GRANTED**. All of Plaintiff's claims against Defendant Deutsche Bank Trust Co. Americas are dismissed with prejudice pursuant to F.R.C.P. 41(a)(2).

It is

**FURTHER ORDERED** that the caption shall be amended to delete reference to Defendant Deutsche Bank Trust Co. Americas f/k/a Bankers Trust Company, ISAOA, on all future pleadings.

Dated this 6th day of September, 2007.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge