IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-KLM

CONNIE RICOTTA, and
BRUCE ROGERS,

      Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as
  Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset
  Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through
Certificates, Series 2002-BC5, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

      Defendants.

_____

## ORDER VACATING TRIAL DATE
_____

Due to extensive calendar disruptions occasioned by multi-week,  multi-defendant criminal

trials during 2006, 2007 and 2008, and upon consideration of the Court's 2007 pilot project and

survey by the Faculty of Federal Advocates, the Court is changing its civil trial-setting practices.

No longer will civil trials be set at the time of the initial Scheduling Conference.  Instead, civil

trials will be set at the time of the Final Pretrial Conference. Except in extraordinary

circumstances, the trial setting will be a firm setting, not subject to vacatur due to other civil or

criminal cases.

It is the Court's goal to set trials within 30-60 days.  Counsel should bring their calendars

to the Final Pre-Trial Conference and be aware of the availability of critical witnesses during the

six month period.  There will be some flexibility in accommodating other matters on the calendars

of counsel, parties, and witnesses, but the Court expects that all involved will give trial of this

case top priority and will be prepared to adjust their other obligations, including the participation

of multiple counsel representing a single party, in order to meet the time frames described above.

      **IT IS THEREFORE ORDERED** that the trial date currently set in this case is

**VACATED**.  It will be reset at the Final Pre-Trial Conference which will occur as scheduled.

      DATED this 19th day of November, 2007.

                        **BY THE COURT:**

                        _____

                        Marcia S. Krieger
                        United States District Judge