IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01502-MSK-KLM

CONNIE  RICOTTA, and
BRUCE ROGERS,

      Plaintiff(s),

v.

OCWEN LOAN SERVICING, LLC,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
WELLS FARGO BANK, NA, and
UNKNOWN OWNER OF THE NOTE,

      Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on **Plaintiff's Verified Motion to Strike and Seal**
[Docket No. 126; filed July 5, 2007] (the "Motion").

      In accordance with D.C.COLOL.Civ.R. 7.2, the Motion was posted to the public to
allow for any objections to the sealing of these documents.  There being no timely
objections filed,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**, and the Clerk of
the Court shall maintain UNDER SEAL Plaintiff [sic] Settlement with Castle Meinhold &
Stawiarski, LLC [Docket No. 124; filed June 27, 2007].

      Dated:  December 3, 2007