IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-KLM

CONNIE RICOTTA, and
BRUCE ROGERS,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as
  Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset
  Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through
Certificates, Series 2002-BC5, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

    Defendants.
_____

**ORDER RE: JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(A)**
_____

This matter comes before the Court on the Joint Motion for Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a) as to the claims brought by Plaintiffs, Connie Ricotta and Bruce Rogers, against Defendant Mortgage Electronic Registration Systems, Inc. Having reviewed the same, and being fully advised of the premises, and finding that there is good cause shown for the relief sought herein, the Court hereby:

**ORDERS** that the Motion **(#172)** is **GRANTED**. All of the Plaintiffs' claims against Defendant Mortgage Electronic Registration Systems, Inc. are dismissed with prejudice pursuant to F.R.C.P. 41(a)(2).

The caption shall be amended to delete reference to Defendant Mortgage Electronic

Registration Systems, Inc. On all future pleadings.

DATED this 10th day of December, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge