IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-KLM

CONNIE RICOTTA, and
BRUCE ROGERS,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as
  Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset
  Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through
Certificates, Series 2002-BC5, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

    Defendants.
_____

**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**
_____

      **PURSUANT TO** the Court's April 2, 2007 Opinion and Order Granting, In Part, Motions to Dismiss and the February 22, 2008 Opinion and Order Granting, In Part, Motions for Summary Judgment, and pursuant to Fed. R. Civ. P. 54(b) in that there appears to be no just reason to delay entry of judgment in favor of the parties herein, judgment is hereby entered in favor of Defendants Finance America, LLC and Ocwen Loan Servicing, LLC, and against the Plaintiffs, Connie

Ricotta and Bruce Rogers, on all claims in this action, with costs pursuant to Fed. R. Civ. P. 54(d)(1). This action continues as to the remaining Defendant, Wells Fargo Bank, N.A.

Dated this 22d day of February, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge