# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 20, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 06-cv-01502-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| CONNIE RICOTTA, and | Connie Rogers, *pro se* |
| BRUCE ROGERS, | Bruce Rogers, *pro se* |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset Securities Corporation Amortizing Residential Collateral Trust, | Kyra Grundeman<br>Lino Lipinsky de Orlov<br>Timothy Odil<br>Brian Brooks |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**4:17 p.m.    Court in session.**

Parties and counsel are present as listed above. William McBride, representative for defendant Wells Fargo is present by telephone.

The Court addresses any settlement conference date and the purpose of the final pretrial conference.

The Court addresses the pending motions.

The Court addresses motions directed at it Summary Judgment ruling as to the quiet title claim.

**ORDER:** Motions directed at the Summary Judgment ruling as it relates to the quiet title claim. **(Doc. #194 (supplemented at 197, 211); 196 and 231)** are all **DENIED.**

The Court addresses Motions Directed to the Granting of Summary Judgment on Claims Against Ocwen

**ORDER:** All of the plaintiff's motions seeking reconsideration of the summary judgment ruling as to Ocwen (**Doc. #205, 210, 214, (as amended at 216 and 221) and 233**) are **DENIED.** The Motions directed to Ocwen's Bill of Costs are denied as moot, insofar as the Court will independently consider the merits of the Plaintiffs' Objections (**# 226**) to the Clerk's Taxation of Costs in favor of Ocwen in a subsequent ruling.

The Court addresses the remaining claim left for trial.

The Court addresses setting the trial.

**ORDER:** Trial is set for one day on **December 29, 2008 at 8:30 a.m.,** in Courtroom A901, 901 19th Street, Denver, Co.

**ORDER:** Further final pretrial conference is set for **September 26, 2008 at 1:30 p.m.,** in Courtroom A901, 901 19th Street. Wells Fargo representative Mr. McBride and the plaintiffs may appear by telephone and will make arrangements to do so with the Courtroom Deputy no later than 2 business days before the hearing.

**ORDER:** The Court imposes a moratorium on all motions until the next final pretrial conference. The parties may file a revised final pretrial order three days prior to the next final pretrial conference.

**5:35 p.m.** **Court in recess.**

**Total Time:** hours minutes.
**Hearing concluded.**