IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01502-MSK-KLM

CONNIE RICOTTA, and
BRUCE ROGERS,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Minnesota, N.A., as
  Trustee f/k/a Norwest Bank Minnesota, N.A. as Trustee for the Holders of the Structured Asset
  Securities Corporation Amortizing Residential Collateral Trust Mortgage Pass-Through
Certificates, Series 2002-BC5, and
UNKNOWN OWNER OF THE EVIDENCE OF THE DEBT AND/OR
  OWNER OF "THE NOTE",

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss [Pursuant to FRCP 41(a)(2)] filed on October 2, 2008. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 3rd day of October, 2008.

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*
                                          _____

Marcia S. Krieger
United States District Judge